MEMO ENDORSED

RISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

October 5, 2026

Via ECF
Hon. Andrew L. Carter
District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Grullon v. SSA
26 Civ. 05788 (ALC)

Dear Judge Carter:

As the attorney for the plaintiff in the above captioned action, I write to request an extension of time file plaintiff's Brief in the above captioned Social Security action Plaintiff's papers are due to be filed on October 8, 2026.

I seek additional time to file plaintiff's Motion for Judgment on the Pleadings due to multiple competing deadlines over the past month. With the kind consent of opposing counsel, Jonathan King, I respectfully request that the Court extend plaintiff' time to file her Brief and approve the following revised briefing schedule:

| | |
|---|---|
| November 9, 2026 | Plaintiff's Brief |
| January 8, 2027 | Defendant's Brief |
| January 29, 2027 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc: Jonathan King, Esq.

October 6, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE